IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-2216-RGA ) |
| MYLAN PHARMACEUTICALS INC., | ) ) |
| Defendant. | ) ) |

## PAR PHARMACEUTICAL, INC.'S MOTION TO INTERVENE

Par Pharmaceutical, Inc. ("Par") moves to intervene as Plaintiff in the above captioned action. Pursuant to Federal Rule of Civil Procedure 24(a)(2), Par seeks intervention as a matter of right due to its interest in the subject matter of this action. Alternatively, Par seeks permission to intervene pursuant to Federal Rule of Civil Procedure 24(b). Counsel for Par has conferred with counsel for Takeda and Mylan, and is optimistic that the parties will agree to assent on this motion and to an agreed schedule for any supplemental briefing.[1]

Par's Memorandum in Support of its Motion to Intervene, filed concurrently herewith, sets forth the points and authorities in support of Par's motion.

WHEREFORE, Par respectfully requests that the Court grant leave to intervene.

---

[1] By December 17, counsel for Par had met and conferred with counsel for both Takeda and Mylan regarding Par's motion. That day, Par also shared drafts of its brief and the accompanying proposed complaint with Takeda and Mylan at their request. The parties have continued to discuss and have exchanged proposed schedules for supplemental briefing, but have yet to reach agreement. Par's counsel hopes to do so shortly and will update the Court with the results of these discussions.

2

OF COUNSEL:
Elizabeth J. Holland
Jeffrey A. Simes
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
eholland@goodwinlaw.com
jsimes@goodwinlaw.com

Samuel E. C. Sherry
Christie L. Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 022210
(617) 570-1000
ssherry@goodwinlaw.com
clarochelle@goodwinlaw.com

Dated: December 20, 2019

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Par Pharmaceutical, Inc.*