IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-2216-RGA |
| MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendant. | ) | |

**PROPOSED ORDER ON PAR PHARMACEUTICAL, INC.'S
<u>MOTION TO INTERVENE</u>**

UPON CONSIDERATION of Par Pharmacuetical, Inc.'s Motion to Intervene, it is

ORDERED that the Motion is GRANTED.

Date: _____

Richard G. Andrews
United States District Judge