IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-2216-RGA |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

OF COUNSEL:
Elizabeth J. Holland
Jeffrey A. Simes
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Samuel E. C. Sherry
Christie L. Larochelle
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 022210
(617) 570-1000

Dated: January 8, 2020

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Par Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 6, 2020, the Declaration of Domenico

Ciarico (D.I. 49) and the Declaration of Walter H.A. Vandaele, Ph.D. (D.I. 50) were served on

the persons listed below in the manner indicated:

### BY EMAIL

Francis DiGiovanni
Thatcher A. Rahmeier
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801-1621
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

Edgar H. Haug
Nicholas F. Giove
Porter F. Fleming
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
ngiove@haugpartners.com
pfleming@haugpartners.com

Kenneth Laurence Dorsney
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com

David S. Steuer
Sheryl Shapiro Bassin
Jessica L. Margolis
Stu A. Williams
Michael S. Sommer
Paul C. Gross
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
dsteuer@wsgr.com
sbassin@wsgr.com
jmargolis@wsgr.com
swilliams@wsgr.com
msonner@wsgr.com
pgross@wsgr.com

Shyam Palaiyanur
Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
(512) 338-5400
spalaiyanur@wsgr.com
nstafford@wsgr.com

2

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Par Pharmaceutical, Inc.*